UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-80584-CIV-MIDDLEBROOKS/JOHNSON

TRIGEANT LTD.
and TRIGEANT EP LTD.,
    Plaintiffs,

v.

PETROLEOS DE VENEZUELA, S.A.,
    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court *sua sponte*. This Court has granted Defendant PDVSA's Motion to Dismiss twice, on August 31, 2009 and on January 4, 2010. The Court's most recent Order granting PDVSA's Motion to Dismiss (DE 130) gave Trigeant ten (10) days, from the filing of this Court's Order on January 4, 2010, to amend the Complaint in regards to all counts relating to Petroleo's and Citgo's commercial activities that were alleged against PDVSA via agency. The deadline for filing an amended complaint has passed. Trigeant has neither filed an amended complaint nor requested an extension of time in which to do so. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court shall **CLOSE** this Case. It is further

**ORDERED AND ADJUDGED** that all pending motions be **DENIED** as **MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 26 day of January, 2010.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record